United States Bankruptcy Court

District of New Hampshire

| | |
|---|---|
| In re: | Case No. 22-10563-BAH |
| Keith Gorman | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 16, 2022 | Form ID: pdf819 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Keith Gorman, P.O. Box 236, Pelham, NH 03076-0236 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the U.S. Trustee | USTPRegion01.MR.ECF@usdoj.gov |
| William S. Gannon | on behalf of Debtor Keith Gorman bgannon@gannonlawfirm.com jarquette@gannonlawfirm.com;bvenuti@gannonlawfirm.com;gannonlawfirm@gmail.com;s.wr70639@notify.bestcase.com;beth.office.gannon@gmail.com;wsg1590sa@gmail.com |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                                                  Bk. No. 22-10563-BAH
                                                                                          Chapter 11
Keith Gorman,
        Debtor

## ORDER SETTING STATUS CONFERENCE AND DEADLINES

In accordance with subchapter V of chapter 11 of title 11 of the United States Code, the Court hereby orders as follows:

1. The Court will hold a status conference on **January 4, 2023, at 11:00 a.m.** in Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire. The Debtor and Debtor's counsel shall appear.

2. On or before **December 23, 2022**, the Debtor shall file the report required by 11 U.S.C. § 1188(c) and shall serve this report on the case or standing trustee, the United States Trustee, and all parties in interest.

3. If the Debtor has not filed the following documents with the petition as required, then Debtor shall file the following documents on or before **November 22, 2022**:

    a. Debtor's most recent balance sheet;
    b. Debtor's statement of operations;
    c. Debtor's cash-flow statement; and
    d. Debtor's most recent federal income tax return.

If the Debtor has not prepared or filed one or more of the above-referenced documents, then in lieu of such documents, the Debtor shall file and serve on or before **November 22, 2022**, a declaration attesting to that fact under penalty of perjury. 11 U.S.C. §§ 1116(1)(A), 1116(1)(B), and 1187(a).

4. On or before **November 29, 2022**, the Debtor shall serve notice of the commencement of this case to any entity known to be holding money or property subject to withdrawal or order of the Debtor.  Interim Bankruptcy Rule 2015(a)(4) and (b).

5. Notwithstanding Local Bankruptcy Rule 3001-1(a), and except as provided in Federal Rule of Bankruptcy Procedure 3003(c), creditors other than governmental units shall file proof of their claim or interest on or before **January 24, 2023**.  11 U.S.C. § 502(b)(9) and Federal Rule of Bankruptcy Procedure 3003(c)(3) shall govern the timing of the filing of proof of claims by governmental units.

6. On or before **February 13, 2023**, the Debtor shall file and serve a plan.  11 U.S.C. § 1189(b).  Such plan shall conform with the requirements of 11 U.S.C. §§ 1190 and 1191 and the applicable provisions of 11 U.S.C. §§ 1123 and 1129 and be in the form of Official Bankruptcy Form 425A.

7. Any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b)(2) shall do so no later than 10 days following the filing of the plan.

8. Within 14 days following substantial consummation of any confirmed plan, the Debtor shall file, and shall serve on the case or standing trustee, the United States Trustee, and all parties in interest a notice of substantial consummation.  11 U.S.C. § 1183(c)(2).

9. Failure to comply with this order may result in an order to show cause why the Court should not impose sanctions, including conversion or dismissal of the case and monetary sanctions against the Debtor and/or Debtor's counsel.

ENTERED at Concord, New Hampshire.

Date:   November 16, 2022          /s/ Bruce A. Harwood
                                   Bruce A. Harwood
                                   Chief Bankruptcy Judge