UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE (CONCORD)

| | |
|---|---|
| In re: )<br>)<br>)<br>KEITH GORMAN, A/K/A )<br>KEITH M. GORMAN )<br>         **Debtor** )<br>)<br>) | **Chapter 11**<br>**Case No.: 22-10563-BAH** |

## NOTICE OF APPEARANCE

Now comes, George C. Malonis, Esquire of George C. Malonis P.C., 14 Loon Hill Road, Dracut, Massachusetts 01826, as Attorney for Silva Bros. Investments, Inc. and hereby files this Notice of Appearance and requests that all notices, documents, and pleadings be sent to him as Attorney for Silva Bros. Investments, Inc.

Dated this 25th day of April, 2023.

Respectfully Submitted,

By: /s/ George C. Malonis
George C. Malonis, Esq.
BBO#: 5990
George C. Malonis, P.C.
14 Loon Hill Road
Dracut, MA 01826
gcmpc@aol.com
(978) 453-4500

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE (CONCORD)

| | |
|---|---|
| In re: )<br>)<br>KEITH GORMAN A/K/A )<br>KEITH M. GORMAN )<br>)<br>Debtor )<br>) | **Chapter 11**<br>**Case No.: 22-10563-BAH** |

## CERTIFICATE OF SERVICE

I, George C. Malonis, Esquire, of George C. Malonis P.C., hereby certify that on April 25, 2023, I served a copy of the foregoing **Notice of Appearance** via electronic and/or first-class U.S. Mail, postage pre-paid to the parties:

William S. Gannon, Esquire, on behalf of the Debtor

Jeffrey Piampiano, on behalf of the Trustee

U.S. Trustee & Kimberly Bacher, on behalf of the U.S. Trustee

Richard K. McPartlin, Esquire & Edmond J. Ford, Esquire on behalf of
    Francis & Patricia Provencher

Brian K. Jordan, Esq. & Richard T. Mulligan, Esquire on behalf of Nationstar Mortgage LLC

AIS Portfolio Services, LLC on behalf of Ally Financial

Christopher M. Candon, Esquire, on behalf of Benson Lumber and Hardware, Inc.

By: /s/ George C. Malonis
    George C. Malonis, Esquire