# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

| | |
|---|---|
| In re: | Bk. No. 22–10563–BAH |
| | Chapter 11 |
| Keith Gorman | |
|     Debtor | |

## NOTICE OF IN–PERSON HEARING

The hearing(s) scheduled for **May 10, 2023 at 11:00 AM** in the above referenced case will be held in–person in Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire.

Attorneys wishing to participate in the hearing telephonically may do so. They shall utilize the services of CourtCall and register not later than three business days prior to the hearing. All others, including pro se parties, interested in participating in or listening to the hearing telephonically may do so. They must contact the courtroom deputy not later than three business days prior to the hearing at 603–222–2644 to receive instructions on how to do so.

| | |
|---|---|
| Date: April 26, 2023 | Kristie Trimarco |
| | Clerk of Court |
| | By: /s/ A. Wade |
| | Deputy Clerk |

Form ntcinperhrg–204