UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:

    Keith Gorman,                                               Chapter 11
                 Debtor                                 Case No. 22-10563-BAH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RESPONSE OF FRANCIS AND PATRICIA PROVENCHER TO MOTION FOR ORDER AUTHORIZING CERTAIN BORROWING [D.E. 113]

NOW COME Francis and Patricia Provencher (the "Provenchers"), by their attorneys Ford, McDonald & Borden, P.A. and respond to the Debtor's Motion for Order Authorizing Debtor to Enter into Borrowing Arrangement with Marietta M. Paquette on a Secured Basis (the "Motion")[D.E. 104] and in support thereof say as follows:

1. The Provenchers support the relief requested in the Motion.

**WHEREFORE,** The Provenchers respectfully request that this Honorable Court order and decree as follows:

A. That the motion be granted; and

B. Grant such other and further relief as may be just and equitable.

                                                          Respectfully submitted,
                                                          FRANCIS AND PATRICIA PROVENCHER

                                                          By their attorneys,
                                                          FORD, MCDONALD & BORDEN, P.A.

Dated: April 28, 2023           By:  */s/ Edmond J. Ford*
                                                       Edmond J. Ford, Esquire (BNH 01217)
                                                       10 Pleasant Street, Suite 400
                                                       Portsmouth, NH 03801
                                                       Telephone: 603-373-1737
                                                       Facsimile: 603-242-1381
                                                      eford@fordlaw.com

## **CERTIFICATE OF SERVICE**

On April 28, 2023, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to:

William S. Gannon
William S. Gannon PLLC
740 Chestnut Street
Manchester, NH 03104
bgannon@gannonlawfirm.com

Office of the U.S. Trustee
James C. Cleveland Building
53 Pleasant Street, Suite 2300
Concord, NH 03301
USTPRegion01.MR.ECF@usdoj.gov

*/s/ Edmond J. Ford*
Edmond J. Ford, Esquire