UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**************************************
In re:
    Keith Gorman,                                  Chapter 11
               Debtor                           Case No. 22-10563-BAH

**************************************

## RESPONSE OF FRANCIS AND PATRICIA PROVENCHER
## TO MOTION FOR ORDER FOR ADEQUATE PROTECTION [D.E. 104]

NOW COME, Francis and Patricia Provencher (the "Provenchers"), by their attorneys Ford, McDonald & Borden, P.A. and respond to the Debtor's Motion for Order Authorizing Debtor to Provide Francis and Patricia Provencher with Adequate Protection, including Periodic Payments (the "Motion")[D.E. 104] and in support thereof say as follows:

1. The Provenchers support the relief requested in the Motion.

2. The Provenchers add, by way of notice, and not intended as a stipulation binding on the Debtor that, with interest accruals and costs, expenses and attorney's fees the amount due to them as of March 31, 2023, is $482,495.09.

**WHEREFORE,** The Provenchers respectfully request that this Honorable Court order and decree as follows:

A. That the motion be granted; and

B. Grant such other and further relief as may be just and equitable.

                                                    Respectfully submitted,
                                                    FRANCIS AND PATRICIA PROVENCHER

                                                    By their attorneys,
                                                    FORD, MCDONALD & BORDEN, P.A.

Dated:  April 28, 2023	By:	/s/ Edmond J. Ford
		Edmond J. Ford, Esquire (BNH 01217)
		10 Pleasant Street, Suite 400
		Portsmouth, NH 03801
		Telephone: 603-373-1737
		Facsimile: 603-242-1381
		eford@fordlaw.com

**CERTIFICATE OF SERVICE**

On April 28, 2023, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to:

William S. Gannon
William S. Gannon PLLC
740 Chestnut Street
Manchester, NH 03104
bgannon@gannonlawfirm.com

Office of the U.S. Trustee
James C. Cleveland Building
53 Pleasant Street, Suite 2300
Concord, NH 03301
USTPRegion01.MR.ECF@usdoj.gov

			/s/ Edmond J. Ford
			Edmond J. Ford, Esquire