UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re<br>**KEITH GORMAN,**<br>　　　　　　　　**Debtor** | Chapter 11<br>Case No. 22-10563-BAH |

### ORDER GRANTING MOTION OF STEVEN WEISS, TRUSTEE, FOR RELIEF FROM AUTOMATIC STAY

Steven Weiss, Chapter 7 Trustee of Zaana-17, LLC ("Movant"), by and through its attorneys, Rath Young and Pignatelli, P.C., having filed for Relief from Automatic Stay to litigate a dispute over the Debtor's interest in the claims asserted by the Debtor and others in the bankruptcy case of Zaana-17, LLC pending in the United States Bankruptcy Court for the District of Massachusetts, docket no. 20-41170-CJP (the "Zaana Case"), notice having been given and good cause appearing therefore,

It is hereby ORDERED that, for the reasons stated on the record, the Motion of Movant for Relief from Automatic Stay is granted, and Movant is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d), so that the Movant and the Debtor may proceed to litigate with respect to the Debtor's interest in claims in the Zaana Case, including the amount and priority of those claims. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

DATED: May 03, 2023

/s/ Bruce A. Harwood
United States Bankruptcy Judge