# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  CHAPTER 11

**KEITH GORMAN**  Case No. 22-10563-BAH

    Debtor

## ORDER on
## DEBTOR'S OBJECTION TO CLAIM OF
## SILVA BROS INVESTMENTS

Upon the **Debtor's Objection to Claim of Silva Bros Investments** (the "Objection") and after having reviewed the pleadings filed in this case to date and heard the parties on the Objection and having found therefrom good and sufficient cause, it is hereby ordered, adjudged and decreed that:

    **A.**    Except as otherwise defined in this Order, capitalized words, terms and phrases used in the Objection shall have and be given the same meaning herein.

    **B.**    The Debtor's objection to the claim of **Silva Bros Investments** shall be and hereby is sustained.

    **C.**    The Silva Bros Claim is disallowed in its entirety.

    **D.**    This Order shall become effective immediately.

Dated: May 10, 2023

/s/ Bruce A. Harwood
Bruce A. Harwood
Chief U.S. Bankruptcy Judge