# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:   Bk. No. 22-10563-BAH
　　　　　Chapter 11

Keith Gorman,
Debtor

**ORDER**

Hearing Date: 05/10/2023 11:00 AM

| | |
|---|---|
| Nature of Proceeding: | **Doc# 104 Motion for Adequate Protection , Including Periodic Payments, to Francis and Patricia Provencher Filed by Debtor Keith Gorman** |
| | **Doc# 113 Motion to Borrow $50,000.00 Under Rule 4001c Filed by Debtor Keith Gorman** |
| Outcome of Hearing: | The Motion for Adequate Protection (Doc. No. 104) is Granted. |
| | Attorney Gannon to submit a revised proposed order regarding the Motion to Borrow (Doc. No. 113) forthwith. |

**CONTINUED TO:**

IT IS SO ORDERED:

/s/ Bruce A. Harwood　　Date: 05/10/2023
Bruce A. Harwood
Chief Judge