**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re: | CHAPTER 11 |
| **KEITH GORMAN** | Case No. 22-10563-BAH |
| Debtor | |

**NOTICE OF HEARING ON**
**JOINT MOTION FOR ORDER**
**APPROVING AND ENTERING STIPULATED ORDER**
**BETWEEN DEBTOR AND BANK OF AMERICA N.A.**

Please be advised that a hearing will be held at the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire on **July 5, 2023 at 11:00 a.m.** (the "Hearing").

Taken up at the Hearing will be the **Joint Motion for Order Approving and Entering Stipulated Order Between Debtor and Bank of America, N.A.** (the "Motion"). A copy of the Motion is available upon request to the undersigned.

If you have no objection to the Motion, no action is required by you. If you do object to the Motion, or if you wish to be heard on any matter regarding the Motion, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 by **June 28, 2023**.

A copy of your objection or statement must be mailed or delivered to the undersigned attorney at the address set forth below, and the United States Trustee, and a certificate of such action must be filed with the clerk.

If you do object to the Motion, or if you wish to be heard on any matter regarding the Motion, you must appear at the hearing on the date and time set forth above.

Respectfully submitted,

DATED: June 6, 2023

/s/ William S. Gannon
William S. Gannon, BNH 01222 (NH)
Counsel for
**KEITH GORMAN**
WILLIAM S. GANNON PLLC
740 Chestnut Street
Manchester NH  03104
PH: 603-621-0833
FX: 603-621-0830
bgannon@gannonlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I served the foregoing notice on all persons and entities named on the CM/ECF Electronic Service List by causing it to be filed electronically via the CM/ECF filing system.

DATED:  June 6, 2023                           /s/ Beth E. Venuti
                                                                            Beth E. Venuti, Paralegal