## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

---

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| KEITH GORMAN, | ) | Case No. 22-10563-BAH |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

## ENTRY OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

To: The Clerk of the Court and All Parties:

PLEASE TAKE NOTICE that Jennifer P. Lyon, of the firm Sheehan Phinney Bass & Green PA hereby appears on behalf of Benson Lumber and Hardware, Inc., a creditor of the Debtor and a party in interest and in doing so, pursuant to 11 U.S.C. § 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon it at the office, address and telephone number set forth below, and that it be added to mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

> Jennifer P. Lyon, Esq.
> Sheehan Phinney Bass & Green PA
> 1000 Elm Street, 17th Floor
> Manchester, NH  03101

This Notice of Appearance and Request for Service of Papers (the "Notice") is not intended to constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discrepancy

{S2280361.1}

withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

        BENSON LUMBER AND HARDWARE, INC.

        By its attorneys,

        /s/ Jennifer P. Lyon
        Jennifer P. Lyon (BNH 07853)
        SHEEHAN PHINNEY BASS & GREEN PA
        1000 Elm Street, 17th Floor
        Manchester, NH  03101
        Tel.:   (603) 627-8394
        E-mail: jlyon@sheehan.com

Dated: June 7, 2023

## **CERTIFICATE OF SERVICE**

I, Jennifer P. Lyon, hereby certify that on this 7th day of June, 2023, a copy of the foregoing was served upon the following via first class mail, postage prepaid, or electronically by the CM/ECF system and all other parties receiving notice by the CM/ECF system**:**

William S. Gannon, Esq.
William S. Gannon PLLC
740 Chestnut Street
Manchester, NH 03104
bgannon@gannonlawfirm.com

Office of the U.S. Trustee
James C. Cleveland Building
53 Pleasant Street, Suite 2300
Concord, NH 03301
USTPRegion01.MR.ECF@usdoj.gov

Edmond J. Ford, Esq.
Ford, McDonald, McPartlin & Borden, P.A.
10 Pleasant Street, Suite 400
Portsmouth, NH 03801
eford@fordlaw.com

Richard T. Mulligan, Esq.
Bendett & McHugh, P.C.
23 Messenger Street, Second Floor
Plainville, MA 02762
BKECF@bmpc-law.com

Jeffrey Piampiano, Esq.
Subchapter V Trustee
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101
207-253-0522

                */s/ Jennifer P. Lyon*