# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  Bk. No. 22-10563-BAH
Chapter 11

Keith Gorman,
Debtor

**ORDER**

Hearing Date: 06/07/2023 1:30 PM

Nature of Proceeding: **Doc# 64 Chapter 11 Plan Small Business Subchapter V dated February 21, 2023, Filed by Debtor Keith Gorman**

Outcome of Hearing: The status conference was held and concluded.

The Debtor shall file an amended plan on or before July 7, 2023.

IT IS SO ORDERED:

/s/ Bruce A. Harwood    Date: 06/07/2023
Bruce A. Harwood
Chief Judge