## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN RE:  Keith Gorman aka Keith M. Gorman | ) | Case No.  22-10563-BAH |
| | ) | **Chapter 11 Proceeding** |
| Debtor | ) | **June 13, 2023** |

### NOTICE OF APPEARANCE AND REQUEST FOR
### ALL NOTICES AND PLEADINGS

Richard T. Mulligan of the firm of Bendett & McHugh, P.C. hereby appears on behalf of **Shellpoint Mortgage Servicing as servicer for U.S. Bank Trust Company, National Association, as Trust Administrator and as Indenture Trustee for Citigroup Mortgage Loan Trust 2023-RP1** and requests that, pursuant to Bankruptcy Rule 2002(g), Richard T. Mulligan  of Bendett & McHugh, P.C. receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, conformed copies of orders, and any other documents or instruments filed in the above-captioned bankruptcy proceeding.  All such documents should be served upon the following:

> **Richard T. Mulligan**
> **Bendett & McHugh, P.C.**
> **23 Messenger Street, Second Floor**
> **Plainville, MA 02762**

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy or otherwise, that affects the Debtor or the property of the Debtor.

Dated at Farmington, Connecticut this 13th day of June 2023.

By /s/*Richard T. Mulligan*
Richard T. Mulligan
Bar No. 06414
Bendett & McHugh, P.C.
23 Messenger Street, Second Floor
Plainville, MA 02762
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com

## CERTIFICATION OF SERVICE

The undersigned (the "Movant") hereby certifies that, on or before the 13th day of June 2023 , a copy of the foregoing were served on the following parties:

| | |
|---|---|
| Keith Gorman aka Keith M. Gorman<br>Debtor<br>P.O. Box 236<br>Pelham, NH 03076<br>*Via First Class Mail* | William Gannon, Esq.<br>Debtor's Attorney<br>*Via Electronic Notice* |
| Jeffrey T. Piampiano, Trustee<br>*Via Electronic Notice* | U.S. Trustee<br>Office of the U.S. Trustee<br>*Via Electronic Notice* |

By <u>/s/*Richard T. Mulligan*</u>
Richard T. Mulligan
Bar No. 06414
Bendett & McHugh, P.C.
23 Messenger Street, Second Floor
Plainville, MA 02762
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com