# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | CHAPTER 11 |
| **KEITH GORMAN** | Case No. 22-10563-BAH |
| Debtor | |

## ORDER ON
## EX PARTE PARTIALLY ASSENTED MOTION TO EXTEND DEADLINE TO FILE AMENDED SUBCHAPTER V PLAN

Upon the Ex Parte Partially Assented Motion to Enlarge Time to File Amended Subchapter V Plan (the "Motion") and having reviewed the Motion and the record of this case to date, it is hereby ordered, adjudged and decreed that:

**A.** Except as otherwise defined herein, all words, terms and phrases used in the Motion shall have and be given the same meaning when used in this Order.

**B.** The following deadlines are hereby extended:

    **1.** The deadline for the Debtor to file an amended Chapter 11 Plan Small Business Subchapter V Plan (the "Plan") is extended from July 14, 2023 to **July 21, 2023**.

    **2.** The deadline for making an election under 11 U.S.C. § 1111(b)(2) shall be the tenth (10th) day following the filing of the Plan.

**C.** This Order shall become effective immediately.

Dated:  July 14, 2023

/s/ Bruce A. Harwood
Bruce A. Harwood
Chief U.S. Bankruptcy Judge